# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| ANTONIO GARCIA GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING FACILITY,<br><br>    Respondent. | 5:25-cv-142 |

### ORDER

Respondent filed a Motion for Clarification, asking for the Court to clarify Respondent's obligations under the November 14, 2025 Order issued in Villa v. Normand, 5:25-cv-89. Dkt. No. 8. The Court **GRANTS** Respondent's Motion.

On November 14, 2025, the Court issued an Order adopting the Magistrate Judge's Report and Recommendation in Villa. In that Order, the Court ordered Respondents to provide relief in Villa and all consolidated cases within three days of the Order. This case was consolidated into Villa before the November 14, 2025 Order was issued, but this case was inadvertently not included in the caption of the November 14, 2025 Order.

In the Motion for Clarification, Respondent acknowledges that Petitioner Garcia's Petition "seemingly raises the same issue of statutory interpretation" that is addressed in Villa. Dkt. No. 8

at 2. However, Respondent's counsel states Respondent has not yet been served with this Petition, and counsel has not had the opportunity to consult with the client agencies or confirm the basis of Petitioner's detention. Respondent asks for clarification about his obligations pertaining to Garcia and the deadline for complying with those obligations.

The Court clarifies that its instructions in the November 14, 2025 Order in <u>Villa</u> apply to Petitioner Garcia's Petition in this case. As Respondent notes, Petitioner Garcia's claim turns on the same statutory construction issue resolved in the November 14, 2025 Order in <u>Villa</u>. The Court acknowledges that the November 14, 2025 Order set a short timeline for providing relief and did not make clear that Petitioner Garcia is entitled to that relief. Therefore, the Court provides Respondent three additional business days from the date of this Order to comply with the obligations set forth in the November 14, 2025 Order in <u>Villa</u>.[1]

**SO ORDERED**, this 20 day of November, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Respondent only moved for clarification concerning Petitioner Garcia in the above-captioned case. However, the Court notes that Case Numbers 5:25-cv-141 and 5:25-cv-143 were also consolidated before the November 14, 2025 Order but were not included in the caption of the Order. The reasoning in this Order would apply with equal force in Case Numbers 5:25-cv-141 and 5:25-cv-143, as if the Respondents in those actions had moved for clarification.